OCASIO *v.* ENRIQUE MONLLOR & CO. ET AL.

APELACIÓN procedente de la Corte de Distrito de Guayama.

No. 797.—Resuelto en mayo 24, 1912.

NUEVO JUICIO—APELACIONES PROCEDENTES DE LAS CORTES MUNICIPALES—JURISDICCIÓN DEL TRIBUNAL SUPREMO.—De acuerdo con el artículo 295 del Código de Enjuiciamiento Civil, tal como fué enmendado en marzo 9, 1905, el Tribunal Supremo no tiene jurisdicción para conocer de apelaciones interpuestas contra la resolución de una corte de distrito concediendo o denegando un nuevo juicio en un caso procedente de una corte municipal, cuando la cuantía litigiosa no excede de $300.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. Manuel A. Rivera.*
Abogado de los apelados: *Sr. Eduardo P. Gibson.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

En la Corte Municipal de Salinas presentó Rosendo Ocasio una demanda de tercería de dominio contra Enrique Monllor & Cía. y Cordero & Torres, en la que alegó que el primero de éstos, para cumplir una sentencia a su favor contra los segundos, había embargado como de su propiedad, un establecimiento mercantil del demandante, y en el cual se embargaron los efectos de provisiones que el mismo contenía ascendente su valor a doscientos cincuenta pesos.

El juicio fué fallado por la corte municipal y luego en apelación por la Corte de Distrito de Guayama, la que después con fecha 4 de diciembre de 1911 dictó una orden accediendo a la petición de Enrique Monllor & Cía. de que dejara sin efecto su sentencia y le permitiera presentar su prueba en un nuevo juicio.

Contra esta orden es que ha establecido esta apelación el demandante Rosendo Ocasio.

De lo expuesto resulta que no tenemos jurisdicción para conocer de la apelación establecida, ya que la cuantía de la contienda entre las partes no excede de trescientos pesos. Leyes de Puerto Rico, año 1905, página 213, en la que se contiene una enmienda al artículo 295 del Código de Enjuiciamiento Civil.

Es cierto que la apelación no es de la sentencia sino contra la orden que concedió el nuevo juicio, pero según hemos resuelto en el caso de *Mora* v. *Rosaly* fallado en 26 de marzo del presente año, no existe apelación contra la orden que resuelve una solicitud de nuevo juicio cuando la cuantía es inferior a trescientos pesos.

Por falta de jurisdicción debemos desestimar el presente recurso de apelación.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y del Toro.